**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Cesar COUTINO-LOPEZ,**
**Defendant-Appellant.**

**No. 16-50178**

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 [*]

Filed April 24, 2017

Christopher Alexander, Assistant U.S. Attorney, Benjamin Holley, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Chelsea Ann Estes, Esquire, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM [**]

Cesar Coutino-Lopez appeals from the district court's judgment and challenges the 24-month sentence and one-year term of supervised release imposed following his guilty-plea conviction for being a removed alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Coutino-Lopez contends that the government breached the parties' plea agreement at the sentencing hearing by implicitly suggesting that it did not support the stipulated low-end Guidelines sentence or the four-level fast-track departure under U.S.S.G. § 5K3.1. We reject this argument because the record reflects that, in its sentencing summary chart and at the sentencing hearing, the government stood by its recommendation that Coutino-Lopez receive the stipulated fast-track departure and a low-end Guidelines sentence. Accordingly, Coutino-Lopez received the benefit of his bargain and "the presentation of a united front to the court." *See United States v. Alcala-Sanchez,* 666 F.3d 571, 575 (9th Cir. 2012) (internal quotations omitted).

Coutino-Lopez next contends that his sentence is substantively unreasonable. The court did not abuse its discretion in imposing Coutino-Lopez's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The custodial sentence and term of supervised release are substantively reasonable in light of the applicable 18 U.S.C. § 3553(a) factors and the totality of the circumstances, including Coutino-Lopez's immigration history. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.